UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M.W., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-01970-JHC <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 13, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on February 3, 2025. The

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Department of Homeland Security Kristi Noem for Alejandro Mayorkas and U.S. Citizenship and Immigration Services ("USCIS") Acting Director Jennifer B. Higgins for Ur M. Jaddou.

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:24-cv-01970-JHC] - 1

parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 13, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for April 15, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 13, 2025. The parties will submit a status update on or before August 13, 2025.

1  DATED this 28th day of January, 2025.

2  Respectfully submitted,

3  TESSA M. GORMAN                                O'SULLIVAN LAW OFFICE
   United States Attorney

4

   s/ Michelle R. Lambert                         s/ Jane Marie O'Sullivan
5  MICHELLE R. LAMBERT, NYS #4666657              JANE MARIE O'SULLIVAN WSBA#34486
   Assistant United States Attorney               O'Sullivan Law Office
6  United States Attorney's Office                2417 Pacific Avenue SE, 2nd Floor
   Western District of Washington                 Olympia, Washington 98501
7  1201 Pacific Avenue, Suite 700                 Phone: 206-340-9980
   Tacoma, Washington 98402                       Email: jane@osullivanlawoffice.com
8  Phone: (253) 428-3824                          *Attorney for Plaintiff*
   Fax:    (253) 428-3826
9  Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 395
   words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The case is held in abeyance until August 13, 2025. The parties shall submit a status update on or before August 13, 2025. It is so **ORDERED**.

DATED this 28th day of January 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
United States District Judge

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:24-cv-01970-JHC] - 4