UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M.W., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01970-JHC <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

DATED this 5th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN WSBA#34486<br>O'Sullivan Law Office<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: 206-340-9980<br>Email:  jane@osullivanlawoffice.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice with each party to bear their own fees and costs. It is so **ORDERED**.

DATED this 5th day of May, 2025.

_____
JOHN H. CHUN
United States District Judge